UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY PICA,<br><br>      Plaintiff,<br><br>  -against-<br><br>TD BANK, N.A.,<br><br>      Defendant. | **NOTICE OF SETTLEMENT**<br><br>2:15-cv-06230-DRH-ARL |

  NOW COMES the Plaintiff, TIFFANY PICA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

              RESPECTFULLY SUBMITTED,

            By:__/s/ Adam T. Hill_____
             Adam T. Hill, Esq.
             Attorney for Plaintiff
             Krohn & Moss, Ltd.
             10 N. Dearborn, 3rd Floor
             Chicago, IL 60602
             Phone: (312) 578-9428
             Fax: (866) 861-1390
             E-mail: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Adam T. Hill
Adam T. Hill, Esq.
Attorney for Plaintiff

.