UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TIFFANY PICA,

        Plaintiff,

    v.

TD BANK, N.A.,

        Defendant.

2:15-cv-06230 (DRH) (ARL)

---

## RULE 41 STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**Pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that none of the parties to this Stipulation being an infant or incompetent person, all claims alleged by Plaintiff Tiffany Pica against the Defendant TD Bank, N.A. in the above-captioned action are dismissed *with prejudice and without cost*; and that this Stipulation may be executed in counterparts; and that signatures transmitted by facsimile or other electronic means shall have the same force and effect original signatures.

Dated: April 15, 2016

**KROHN & MOSS, LTD.**

By: _____
Adam Theodore Hill
Bryan Leinbach
10 N Dearborn Street, 3rd Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorneys for Plaintiff Tiffany Pica*

**DUANE MORRIS LLP**

By: _____
Kevin P. Potere
1540 Broadway
New York, NY 10036
Phone: (212) 692-1000

*Attorneys for Defendant TD Bank, N.A.*